**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1544

Jason Meadows, individually and Jason Meadows on behalf
of Southern Cross Marine Services, LLC

- - Versus - -

Christy Adams

22nd Judicial District Court
Case #: 201512840
St. Tammany Parish

On Application for Rehearing filed 08/20/2019 by Jason Meadows

Rehearing  _denied_

Vanessa Guidry Whipple

Page McClendon

Toni Manning Higginbotham

Date  SEP 2 5 2019

Rodd Naquin, Clerk